**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————X

JESSICA KARIM, on behalf of himself and
all others similarly situated,

                    Plaintiff,

-against-

ARCADIA HOME DESIGN, INC.,

                    Defendant.

———————————————————————————X

Civil Action No.

1:24-cv-5707

**JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

Plaintiff, Jessica Karim, and Defendant, Arcadia Home Design, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: December 3, 2024

By: _Gabriel Levy_ _____

Gabriel A. Levy, Esq.
    *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

Gary Steven Thompson, Esq.
    *Attorneys for Defendant*
Thompson Hammerman Davis LLP
Thompson Hd
1717 K St. NW
Ste 900
Washington, DC 20006
T : 202-256-9910
Gthompson@thompsonhd.com